SEALED





MAY 06 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:10 CR  00169 LJO

UNITED STATES OF AMERICA,              )   1:10CR0098 DLB
                                       )      mj
                Plaintiff,             )   ORDER STAYING RELEASE ORDER OF THE
                                       )   MAGISTRATE JUDGE PENDING HEARING
        v.                             )   ON THE GOVERNMENT'S MOTION FOR
                                       )   REVOCATION   HEARING
MANUEL VASQUEZ,                        )
                                       )
                                       )
                Defendant.             )
_____  )

     Upon application of the United States Government for stay of

the order of  U.S. Magistrate Sandra M. Snyder setting conditions

of release for the above-named defendant, and good cause

appearing,

     IT IS HEREBY ORDERED THAT the Magistrate Judge's order

setting conditions for release of the above-named defendant, be

stayed pending the disposition of the government's motion to

revoke the release order issued by the U.S. Magistrate Judge.

     The date for the hearing on the government's revocation

motion shall be set in a separate order.

Dated: May 5, 2010

                              _____
                                   U.S. District Judge

1